UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CLIFTON T. TORREY, SR.                                                                         PETITIONER

V.                                                                CIVIL ACTION NO. 3:07CV413 DPJ-JCS

JACQUELYN BANKS                                                                                RESPONDENT

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of March, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE